# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Eddy S. Pierre,<br><br>Debtor. | Case No. 26-13559<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on August 25, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: August 25, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

# Method of Service: First Class Mail

Affirm, Inc.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Comenity Bank/Zales
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Driveway Finance Corp
Attn: Bankruptcy
150 N. Bartlett St.
Medford, OR 97501

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Monterey Financial Service
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056

Navy Federal Cr Union
820 Follin Lane Se
Vienna, VA 22180

New Jersey Turnpike Authority
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095

New York State Thruway
Attn: Bankruptcy
200 Southern Blvd
Albany, NY 12209-2018

Northwell Health
2000 Marcus Avenue
New Hyde Park, NY 11042

PA Turnpike Commission
Attn: Toll Enforcement
300 East Park Drive
Harrisburg, PA 17111

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

True North Pediatrics
Po Box 1673
Voorhees Township, NJ 08043-7673

USAA Federal Savings Bank
c/o Robertson, Anschutz, Schneid
Crane & Partners, PLLC
6409 Congress Ave Ste 100
Boca Raton, FL 33487-2853

USCB Corporation
761 Scranton Carbondale Hwy # 6
Eynon, PA 18403-1021