**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Eddy S. Pierre, Chapter 13

Debtor Case No.26-13559

## PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 2801 Standbridge Street<br>Apt.A115<br>East Norriton Township, PA 19401 | 2801 Standbridge Street<br>Apt. A307<br>East Norriton Township, PA 19401 |

Date: September 1, 2026

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik

Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: cibik@cibiklaw.com