**PrimeCare Medical Inc.**
3940 Locust Ln
Harrisburg, PA 17109

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| June 26, 2026 | 81506 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL | C | ***2038 | 2,249.42 |
| **Total Direct Deposits** | | | **2,249.42** |

[redacted] 78-NURSING-RN 9938 81506 80431 **Y1**
**Eddy S Pierre**
1005 Breaburn Terrace
Lansdale, PA 19446

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

**PrimeCare Medical Inc.**

**Eddy S Pierre** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **9938** | Fed Taxable Income | **2,645.48** | Check Date | **June 26, 2026** | Voucher Number | **81506** |
| Location | **78-NURSING-R** | Fed Filing Status | **M** | Period Beginning | **June 7, 2026** | Net Pay | **2,249.42** |
| Hourly | **$46.35** | State Filing Status | **M-0** | Period Ending | **June 20, 2026** | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 46.35 | 46.75 | 2,166.86 | 30,078.32 |
| PTO | 46.35 | 9.00 | 417.15 | 2,217.15 |
| 2Wknd SD | 10.00 | 0.00 | 80.00 | 897.50 |
| 2nd SD | 8.00 | 0.00 | 66.00 | 1,086.00 |
| 1Wknd SD | 2.00 | 0.00 | 30.00 | 347.50 |
| 3Wknd SD | | | | 12.00 |
| FL Hol | | | | 2,160.00 |
| HOL Premium | | | | 782.34 |
| OT Week 1 | | | | 1,132.92 |
| OT Week 2 | | | | 747.26 |
| Retro | | | | 1,789.69 |
| **Gross Earnings** | | **55.75** | **2,760.01** | **41,250.68** |

| Taxes | Amount | YTD |
|---|---|---|
| SS | 164.02 | 2,465.23 |
| FITW | 72.85 | 1,780.55 |
| PA | 81.22 | 1,220.70 |
| MED | 38.36 | 576.55 |
| PA-460901 | 26.45 | 397.61 |
| PASUI-E | 1.93 | 28.87 |
| PA-LOWZ | 2.00 | 26.00 |
| **Taxes** | **386.83** | **6,495.51** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 78.46 | 1,019.98 |
| Dental Ins | 28.68 | 372.84 |
| Vision | 7.39 | 96.07 |
| LIFE ADD EMPLOYEE | 6.23 | 80.99 |
| LIFE ADD SPOUSE | 2.08 | 27.04 |
| LIFE ADD CHILD | 0.92 | 11.96 |
| **Deductions** | **123.76** | **1,608.88** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | C | ***2038 | 2,249.42 |
| **Total Direct Deposits** | | | **2,249.42** |

| Time Off | Available to Use | Plan Year Used | Current Earned |
|---|---|---|---|
| Floating Holiday | 0.00 | 48.00 | 0.00 |
| PTO | 4.1139 | 9.0000 | 3.6857 |

**PrimeCare Medical Inc.**
3940 Locust Ln
Harrisburg, PA 17109

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| July 10, 2026 | 82968 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL | C | ***2038 | 3,364.02 |
| **Total Direct Deposits** | | | **3,364.02** |

[redacted] 78-NURSING-RN 9938 82968 81781 **Y1**
**Eddy S Pierre**
1005 Breaburn Terrace
Lansdale, PA 19446

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

## PrimeCare Medical Inc.

**Eddy S Pierre** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **9938** | Fed Taxable Income | **4,108.03** | Check Date | **July 10, 2026** | Voucher Number | **82968** |
| Location | **78-NURSING-R** | Fed Filing Status | **M** | Period Beginning | **June 21, 2026** | Net Pay | **3,364.02** |
| Hourly | **$46.35** | State Filing Status | **M-0** | Period Ending | **July 4, 2026** | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 46.35 | 63.25 | 2,931.62 | 33,009.94 |
| HOL Premium | 69.53 | 11.50 | 799.54 | 1,581.88 |
| PTO | 46.35 | 4.00 | 185.40 | 2,402.55 |
| 2nd SD | 8.00 | 0.00 | 132.00 | 1,218.00 |
| 2Wknd SD | 10.00 | 0.00 | 60.00 | 1,017.50 |
| 2Wknd SD | 15.00 | 0.00 | 60.00 | |
| 1Wknd SD | 2.00 | 0.00 | 26.50 | 396.50 |
| 1Wknd SD | 3.00 | 0.00 | 22.50 | |
| 3rd SD | 10.00 | 0.00 | 5.00 | 5.00 |
| 3Wknd SD | | | | 12.00 |
| FL Hol | | | | 2,160.00 |
| OT Week 1 | | | | 1,132.92 |
| OT Week 2 | | | | 747.26 |
| Retro | | | | 1,789.69 |
| **Gross Earnings** | | **78.75** | **4,222.56** | **45,473.24** |

| Taxes | Amount | YTD |
|---|---|---|
| SS | 254.70 | 2,719.93 |
| FITW | 248.35 | 2,028.90 |
| PA | 126.12 | 1,346.82 |
| MED | 59.57 | 636.12 |
| PA-460901 | 41.08 | 438.69 |
| PASUI-E | 2.96 | 31.83 |
| PA-LOWZ | 2.00 | 28.00 |
| **Taxes** | **734.78** | **7,230.29** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 78.46 | 1,098.44 |
| Dental Ins | 28.68 | 401.52 |
| Vision | 7.39 | 103.46 |
| LIFE ADD EMPLOYEE | 6.23 | 87.22 |
| LIFE ADD SPOUSE | 2.08 | 29.12 |
| LIFE ADD CHILD | 0.92 | 12.88 |
| **Deductions** | **123.76** | **1,732.64** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | C | ***2038 | 3,364.02 |
| **Total Direct Deposits** | | | **3,364.02** |

| Time Off | Available to Use | Plan Year Used | Current Earned |
|---|---|---|---|
| Floating Holiday | 0.00 | 48.00 | 0.00 |
| PTO | 6.0070 | 13.0000 | 5.8931 |

**PrimeCare Medical Inc.**
3940 Locust Ln
Harrisburg, PA 17109

paylocity

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| July 24, 2026 | 84434 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL | C | ***2038 | 2,674.87 |
| **Total Direct Deposits** | | | **2,674.87** |

[redacted] 78-NURSING-RN 9938 84434 83139 **Y1**

Non Negotiable - This is not a check - Non Negotiable

**Eddy S Pierre**
1005 Breaburn Terrace
Lansdale, PA 19446

**Non Negotiable - This is not a check - Non Negotiable**

## PrimeCare Medical Inc.

**Eddy S Pierre** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **9938** | Fed Taxable Income | **3,203.72** | Check Date | **July 24, 2026** | Voucher Number | **84434** |
| Location | **78-NURSING-R** | Fed Filing Status | **M** | Period Beginning | **July 5, 2026** | Net Pay | **2,674.87** |
| Hourly | **$46.35** | State Filing Status | **M-0** | Period Ending | **July 18, 2026** | | |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 46.35 | 66.50 | 3,082.25 | 36,092.19 |
| 2nd SD | 8.00 | 0.00 | 128.00 | 1,346.00 |
| 2Wknd SD | 10.00 | 0.00 | 80.00 | 1,097.50 |
| 1Wknd SD | 2.00 | 0.00 | 28.00 | 424.50 |
| 3rd SD | | | | 5.00 |
| 3Wknd SD | | | | 12.00 |
| FL Hol | | | | 2,160.00 |
| HOL Premium | | | | 1,581.88 |
| OT Week 1 | | | | 1,132.92 |
| OT Week 2 | | | | 747.26 |
| PTO | | | | 2,402.55 |
| Retro | | | | 1,789.69 |
| **Gross Earnings** | | **66.50** | **3,318.25** | **48,791.49** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| SS | 198.63 | 2,918.56 |
| FITW | 139.83 | 2,168.73 |
| PA | 98.35 | 1,445.17 |
| MED | 46.45 | 682.57 |
| PA-460901 | 32.04 | 470.73 |
| PASUI-E | 2.32 | 34.15 |
| PA-LOWZ | 2.00 | 30.00 |
| **Taxes** | **519.62** | **7,749.91** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| Medical Ins | 78.46 | 1,176.90 |
| Dental Ins | 28.68 | 430.20 |
| Vision | 7.39 | 110.85 |
| LIFE ADD EMPLOYEE | 6.23 | 93.45 |
| LIFE ADD SPOUSE | 2.08 | 31.20 |
| LIFE ADD CHILD | 0.92 | 13.80 |
| **Deductions** | **123.76** | **1,856.40** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | C | ***2038 | 2,674.87 |
| **Total Direct Deposits** | | | **2,674.87** |

| **Time Off** | **Available to Use** | **Plan Year Used** | **Current Earned** |
|---|---|---|---|
| Floating Holiday | 0.00 | 48.00 | 0.00 |
| PTO | 11.2497 | 13.0000 | 5.2427 |

**PrimeCare Medical Inc.**
3940 Locust Ln
Harrisburg, PA 17109

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| August 7, 2026 | 85894 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL | C | ***2038 | 2,635.49 |
| **Total Direct Deposits** | | | **2,635.49** |

[redacted] 78-NURSING-RN 9938 85894 84489 **Y1**
**Eddy S Pierre**
1005 Breaburn Terrace
Lansdale, PA 19446

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

**PrimeCare Medical Inc.**

**Eddy S Pierre** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **9938** | Fed Taxable Income | **3,152.06** | Check Date | **August 7, 2026** | Voucher Number | **85894** |
| Location | **78-NURSING-R** | Fed Filing Status | **M** | Period Beginning | **July 19, 2026** | Net Pay | **2,635.49** |
| Hourly | **$46.35** | State Filing Status | **M-0** | Period Ending | **August 1, 2026** | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 46.35 | 55.00 | 2,549.24 | 38,641.43 |
| PTO | 46.35 | 11.00 | 509.85 | 2,912.40 |
| 2nd SD | 8.00 | 0.00 | 100.00 | 1,446.00 |
| 2Wknd SD | 10.00 | 0.00 | 80.00 | 1,177.50 |
| 1Wknd SD | 2.00 | 0.00 | 27.50 | 452.00 |
| 3rd SD | | | | 5.00 |
| 3Wknd SD | | | | 12.00 |
| FL Hol | | | | 2,160.00 |
| HOL Premium | | | | 1,581.88 |
| OT Week 1 | | | | 1,132.92 |
| OT Week 2 | | | | 747.26 |
| Retro | | | | 1,789.69 |
| **Gross Earnings** | | **66.00** | **3,266.59** | **52,058.08** |

| Taxes | Amount | YTD |
|---|---|---|
| SS | 195.43 | 3,113.99 |
| FITW | 133.63 | 2,302.36 |
| PA | 96.77 | 1,541.94 |
| MED | 45.70 | 728.27 |
| PA-460901 | 31.52 | 502.25 |
| PASUI-E | 2.29 | 36.44 |
| PA-LOWZ | 2.00 | 32.00 |
| **Taxes** | **507.34** | **8,257.25** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 78.46 | 1,255.36 |
| Dental Ins | 28.68 | 458.88 |
| Vision | 7.39 | 118.24 |
| LIFE ADD EMPLOYEE | 6.23 | 99.68 |
| LIFE ADD SPOUSE | 2.08 | 33.28 |
| LIFE ADD CHILD | 0.92 | 14.72 |
| **Deductions** | **123.76** | **1,980.16** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | C | ***2038 | 2,635.49 |
| **Total Direct Deposits** | | | **2,635.49** |

| Time Off | Available to Use | Plan Year Used | Current Earned |
|---|---|---|---|
| Floating Holiday | 0.00 | 48.00 | 0.00 |
| PTO | 4.5858 | 24.0000 | 4.3361 |

**PrimeCare Medical Inc.**
3940 Locust Ln
Harrisburg, PA 17109

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| August 21, 2026 | 87342 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL | C | ***2038 | 2,495.03 |
| **Total Direct Deposits** | | | **2,495.03** |

[redacted] 78-NURSING-RN 9938 87342 85822 **Y1**

Non Negotiable - This is not a check - Non Negotiable

**Eddy S Pierre**
1005 Breaburn Terrace
Lansdale, PA 19446

**Non Negotiable - This is not a check - Non Negotiable**

## PrimeCare Medical Inc.

**Eddy S Pierre** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **9938** | Fed Taxable Income | **2,967.76** | Check Date | **August 21, 2026** | Voucher Number | **87342** |
| Location | **78-NURSING-R** | Fed Filing Status | **M** | Period Beginning | **August 2, 2026** | Net Pay | **2,495.03** |
| Hourly | **$46.35** | State Filing Status | **M-0** | Period Ending | **August 15, 2026** | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 46.35 | 62.25 | 2,885.29 | 41,526.72 |
| 2nd SD | 8.00 | 0.00 | 102.00 | 1,548.00 |
| 2Wknd SD | 10.00 | 0.00 | 67.50 | 1,245.00 |
| 1Wknd SD | 2.00 | 0.00 | 27.50 | 479.50 |
| 3rd SD | | | | 5.00 |
| 3Wknd SD | | | | 12.00 |
| FL Hol | | | | 2,160.00 |
| HOL Premium | | | | 1,581.88 |
| OT Week 1 | | | | 1,132.92 |
| OT Week 2 | | | | 747.26 |
| PTO | | | | 2,912.40 |
| Retro | | | | 1,789.69 |
| **Gross Earnings** | | **62.25** | **3,082.29** | **55,140.37** |

| Taxes | Amount | YTD |
|---|---|---|
| SS | 184.00 | 3,297.99 |
| FITW | 111.52 | 2,413.88 |
| PA | 91.11 | 1,633.05 |
| MED | 43.03 | 771.30 |
| PA-460901 | 29.68 | 531.93 |
| PASUI-E | 2.16 | 38.60 |
| PA-LOWZ | 2.00 | 34.00 |
| **Taxes** | **463.50** | **8,720.75** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 78.46 | 1,333.82 |
| Dental Ins | 28.68 | 487.56 |
| Vision | 7.39 | 125.63 |
| LIFE ADD EMPLOYEE | 6.23 | 105.91 |
| LIFE ADD SPOUSE | 2.08 | 35.36 |
| LIFE ADD CHILD | 0.92 | 15.64 |
| **Deductions** | **123.76** | **2,103.92** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | C | ***2038 | 2,495.03 |
| **Total Direct Deposits** | | | **2,495.03** |

| Time Off | Available to Use | Plan Year Used | Current Earned |
|---|---|---|---|
| Floating Holiday | 0.00 | 48.00 | 0.00 |
| PTO | 9.4935 | 24.0000 | 4.9077 |