# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Eddy S. Pierre,<br><br>Debtor. | Case No. 26-13559-AMC<br><br>Chapter 13 |

**Praecipe to Withdraw Document 15**

To the Clerk of Court:

Please withdraw the Pre-Confirmation Certification of Compliance with Post-Petition Obligations, which was filed with the Court on November 9, 2026, as ECF No. 15. Thank you.

Date: November 9, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com